|   | JS-6 |
|---|---|

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KARIN PEIT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV 17-8157 GW (JEM) |
| v. | |
| LAPD OFFICER JAMES KNEISLEY | **JUDGMENT** (Failure to Pay Full Filing Fee) |
| DEFENDANT(S). | |

On _____11/15/17_____, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☑ full filing fee ☐ initial partial filing fee.

By Order to Show Cause dated _____12/21/17_____, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☑ full filing fee ☐ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☑ full filing fee ☐ inititial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

January 17, 2018
Date

*George H. W.*
United States District Judge

Presented by:

/s/John E. McDermott
United States Magistrate Judge

IFP-2 (03/13)   **JUDGMENT (Failure to Pay Full Filing Fee)**